IN THE UNITED STATES BANKRUPCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>KIRK R HASSINGER<br>SUE E. HASSINGER<br>DEBTORS<br><br>U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF CITIGROUP MORTGAGE LOAN TRUST 2019-E | CHAPTER 13<br><br>NO. 20-BK-01927-HWV<br><br>11 U.S.C. SECTION 362 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of U.S. Bank Trust National Association, not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2019-E and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

**DATED** this 2nd day of July, 2020.

Respectfully submitted,

/s/ Joshua I. Goldman

Joshua I. Goldman, Esq.
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this the 2nd day of July, 2020:

/s/ Joshua I. Goldman

Joshua I. Goldman, Esq.
Pennsylvania Bar #
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

Case 1:20-bk-01927-HWV    Doc 13    Filed 07/02/20    Entered 07/02/20 16:32:36    Desc
Main Document    Page 2 of 3

**SERVICE LIST (CASE NO. 20-BK-01927-HWV)**

DEBTORS
KIRK R HASSINGER
238 WEST SIMPSON STREET
MECHANICSBURG, PA 17055

SUE E. HASSINGER
238 WEST SIMPSON STREET
MECHANICSBURG, PA 17055

ATTORNEY FOR DEBTORS
GREGORY S HAZLETT
7 WEST MAIN STREET
MECHANICSBURG, PA 17055

TRUSTEE
CHARLES J DEHART, III
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

ASSISTANT U.S. TRUSTEE
UNITED STATES TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17101